Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–27968–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John T. Camidge | Jacquelyn L. Camidge |
| 218 11th Avenue | 218 11th Avenue |
| Belmar, NJ 07719 | Belmar, NJ 07719 |

Social Security No.:
    xxx–xx–4486                     xxx–xx–6621

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on March 3, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 3, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-27968-MBK
John T. Camidge                                                 Chapter 13
Jacquelyn L. Camidge
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Mar 03, 2017
                             Form ID: 148          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
```
db/jdb       +John T. Camidge,   Jacquelyn L. Camidge,   218 11th Avenue,   Belmar, NJ 07719-2404
cr           +Specialized Loan Servicing LLC, as servicing agent,   C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
lm           +Specialized Loan Servicing, LLC,   8742 Lucent Blv.,   St.. 300,
              Highlands Ranch, CO 80129-2386
516401283    #+A-1 Collections Services,   101 Grover's Mill Road,   Lawrenceville, NJ 08648-4706
516401284    #+ACB Receivables Management, Inc.,   19 Main Street,   Asbury Park, NJ 07712-7012
516401285    +Allied Digestive Health,   60 Highway 36,   Suite B,   West Long Branch, NJ 07764-1464
516401286     American Express,   C/O Central Credit Service, LLC,   50 North Franklin Turnpike, Ste 200,
              Ramsey, NJ 07446
516401287    +Bank Of America,   PO Box 15227,   Wilmington, DE 19850-5227
516401288     Bank Of America,   PO Box 15221,   Wilmington, DE 19886-5221
516553085    +Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
516401292     Chase Bank,   PO Box 6026,   Chicago, IL 60680-6026
516401293    +Chase Bank,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516401295    +Eastern Account System,   75 Glen Road, Suite 110,   Sandy Hook, CT 06482-1175
516540941    +FV-I, Inc. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516401298    +House GIG, LLC,   PO Box 495,   Belmar, NJ 07719-0495
516401301    +Jersey Shore Medical Center,   C/O A1 Collection,   101 Grovers Mill Rd #303,
              Lawrence Township, NJ 08648-4706
516401302    +Jersey Shore University Medical Center,   Meridian Health,   PO Box 9319,
              Trenton, NJ 08650-1319
516401303     Lincoln Financial Group,   PO Box 7876,   Fort Wayne, IN 46801-7876
516612115    +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
516401304    +Midland Funding, LLC,   C/O Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516401305     Morgan Dermatology,   1806 Highway 35 South,   Suite 105,   Oakhurst, NJ 07755-2766
516401306     Mutual Of America,   320 Park Avenue,   New York, NY 10022-6839
516401307    +Parker McKay,   9000 Midlantic Dr,   Mount Laurel, NJ 08054-1548
516401308    +Pinnacle Credit Services, LLC,   C/O Northland Group, Inc.,   PO Box 390846,
              Minneapolis, MN 55439-0846
516611471    +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Wells Fargo,
              Bank, N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516401310    +Robert E. Sussman D.P.M.,   2260 State Route 33, Suite 1,   Neptune, NJ 07753-6113
516401312     Specialized Loan Servicing,   PO Box 636007,   Littleton, CO 80163-6007
516401313     Stellar Recovery Inc,   4500 Salisbury Road, Suite 110,   Greenville, SC 29601
516401315    +Tri State Adjustments,   3439 East Avenue South,   La Crosse, WI 54601-7241
516401316    +Tri State Adjustments,   3439 East Avenue S,   La Crosse, WI 54601-7241
516401317    +Wells Fargo,   PO Box 5412,   Carol Stream, IL 60197-5412
516401320     Wells Fargo Bank,   C/O First National Collection Bureau,   610 Waltman Way,   Sparks, NV 89434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2017 23:25:05    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2017 23:25:02    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516570000     EDI: RESURGENT.COM Mar 03 2017 23:13:00    Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,   Corporation of America Holdings,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516401289     EDI: CAPITALONE.COM Mar 03 2017 23:13:00    Capital One,   PO Box 5253,
              Carol Stream, IL 60197-5253
516401290     EDI: CAPITALONE.COM Mar 03 2017 23:13:00    Capital One/Boscov's,   PO Box 85619,
              Richmond, VA 23285-5619
516401291     EDI: CHASE.COM Mar 03 2017 23:13:00    Chase,   Cardmember Services,   PO Box 15153,
              Wilmington, DE 19886-5153
516401294     E-mail/Text: flr_bankruptcynotice@cable.comcast.com Mar 03 2017 23:25:43    Comcast,
              PO Box 105184,   Atlanta, GA 30348-5184
516621448    +E-mail/Text: bncmailbw-legal.com Mar 03 2017 23:25:13    Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516401296     EDI: BANKAMER.COM Mar 03 2017 23:13:00    FIA Card Services,   PO Box 15019,
              Wilmington, DE 19886-5019
516457707     EDI: FORD.COM Mar 03 2017 23:13:00    Ford Motor Credit Company, LLC,   Dept. 55953,
              P.O. Box 55000,   Detroit, MI 48255-0953
516460034     EDI: FORD.COM Mar 03 2017 23:13:00    Ford Motor Credit Company, LLC,   P.O. Box 62180,
              Colorado Springs, CO 80962
516401297     EDI: FORD.COM Mar 03 2017 23:13:00    Ford Motor Credit,   PO Box 55000,
              Detroit, MI 48255-1941
516401298    +E-mail/Text: steve@housegig.com Mar 03 2017 23:25:59    House GIG, LLC,   PO Box 495,
              Belmar, NJ 07719-0495
516401300    +EDI: RMSC.COM Mar 03 2017 23:13:00    JC Penney,   PO Box 965007,   Orlando, FL 32896-5007
516439482     EDI: Q3G.COM Mar 03 2017 23:13:00    Quantum3 Group LLC as agent for,   CP Medical LLC,
              PO Box 788,   Kirkland, WA  98083-0788
```

District/off: 0312-3          User: admin                    Page 2 of 2              Date Rcvd: Mar 03, 2017
                             Form ID: 148                    Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516401309        +EDI: RMCB.COM Mar 03 2017 23:13:00          Retrieval Masters Credit Bureau,    4 Westchester Plaza,
                  Suite 110,   Elmsford, NY 10523-1616
516401314        +EDI: RMSC.COM Mar 03 2017 23:13:00          SYNCB/Amazon,    PO Box 965015,   Orlando, FL 32896-5015
516443146        +EDI: DRIV.COM Mar 03 2017 23:13:00          Santander Consumer USA,    PO BOX 560284,
                  Dallas, TX 75356-0284
516401311        +EDI: DRIV.COM Mar 03 2017 23:13:00          Santander Consumer USA,    PO Box 961245,
                  Fort Worth, TX 76161-0244
516405127         EDI: RMSC.COM Mar 03 2017 23:13:00          Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
516401318         EDI: WFFC.COM Mar 03 2017 23:13:00          Wells Fargo,    PO Box 14411,   Des Moines, IA 50306-3411
516506947         EDI: WFFC.COM Mar 03 2017 23:13:00          Wells Fargo Bank, N.A.,    Default Document Processing,
                  N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
516401321        +EDI: ALLIANCEONE.COM Mar 03 2017 23:13:00   Wells Fargo Home Mortgage,
                  C/O Alliance One Receivables Mgmt,    4850 Street Road, Ste 300,    Trevose, PA 19053-6643
                                                                                                   TOTAL: 23

                   ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                 House Gig, LLC,    PO Box 495,   Belmar
516617605*        +House Gig LLC,    PO Box 495,   Belmar, NJ 07719-0495
516401319*        +Wells Fargo,    PO Box 5412,   Carol Stream, IL 60197-5412
516401299        ##+Hudson Law Offices,    1203 48th Avenue North # 111,   Myrtle Beach, SC 29577-5425
                                                                             TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Andrew M. Lubin   on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Denise E. Carlon   on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
          FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Joint Debtor Jacquelyn L. Camidge erothesq@gmail.com
          Eugene D. Roth   on behalf of Debtor John T. Camidge erothesq@gmail.com
          Francesca Ann Arcure   on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
          nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure   on behalf of Loss Mitigation    Specialized Loan Servicing, LLC
          nj_ecf_notices@buckleymadole.com
          Veroneque Annette Theresa Blake   on behalf of Creditor    Bank of America, N.A. vblake@udren.com,
          vbarber@udren.com
          Yakov  Rudikh   on behalf of Creditor    House Gig, LLC yrudikh@gmail.com,
          rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com

                                                                                          TOTAL: 9