| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

John T. Camidge
Jacquelyn L. Camidge

**Order Filed on March 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-27968 / MBK

Hearing Date: February 28, 2017

Judge:  Michael B. Kaplan

### ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $646.72 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
John T. Camidge  
Jacquelyn L. Camidge  
    Debtors

Case No. 16-27968-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 03, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db/jdb        +John T. Camidge,    Jacquelyn L. Camidge,    218 11th Avenue,    Belmar, NJ 07719-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Joint Debtor Jacquelyn L. Camidge erothesq@gmail.com
          Eugene D. Roth    on behalf of Debtor John T. Camidge erothesq@gmail.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
           nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC
           nj_ecf_notices@buckleymadole.com
          Veroneque Annette Theresa Blake    on behalf of Creditor    Bank of America, N.A. vblake@udren.com,
           vbarber@udren.com
          Yakov    Rudikh    on behalf of Creditor    House Gig, LLC yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk13l3@gmail.com
                                                                                             TOTAL: 9